UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES - GENERAL

| Case No. | 2:21-cv-07418-SVW-KS | Date | January 7, 2022 |
|---|---|---|---|
| Title | Phillip T. Trammell v. Dr. Milton Smith, et al | | |

Present: The Honorable  STEPHEN V. WILSON, U.S. DISTRICT JUDGE

| Paul M. Cruz | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

The Court, on December 16, 2021, issued an order to show cause why this action should not be dismissed for lack of prosecution.

In response, plaintiff filed a proof of service as to Defendant, Dr. Milton Smith, an individual. Plaintiff failed to respond as to Defendant, Reliable Clinical Experts, Ltd.

The Court orders the case as to Defendant, Reliable Clinical Experts, Ltd., dismissed for lack of prosecution.

:

Initials of Preparer   PMC